UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTONIO DAMON,<br><br>        Plaintiff,<br><br>        v.<br><br>OFFICER JEFF CARLSON and<br>OFFICER SHAWN FRIGON,<br><br>        Defendants. | CIVIL ACTION<br>NO. 19-40129-TSH |

ORDER OF DISMISSAL

Hillman, S.D.J.

In accordance with the Court's Order dated 9/25/2023, granting the defendants' motion for summary judgment, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

September 25, 2023
Date

/s/ Sandra Burgos
Deputy Clerk