UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**ANTONIO DAMON,**
                **Plaintiff,**

    v.

**OFFICER JEFF CARLSON and**
**OFFICER SHAWN FRIGON,**

                Defendants,

CIVIL ACTION

NO. 19-40129-TSH

## JUDGMENT

**HILLMAN, S.D. J.**

In accordance with the Court's Memorandum and Order dated 9/25/2023, granting defendants' motion for summary judgment in the above-entitled action, it is hereby ORDERED:

    Judgment for the __Defendants__

By the Court,

    9/25/2023
       Date

/s/ Sandra Burgos
Deputy Clerk